THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Napoleon
 Richardson, Appellant.
 
 
 

Appeal From Horry County
 John L. Breeden, Jr., Circuit Court Judge
Unpublished Opinion No. 2009-UP-237
Submitted May 1, 2009  Filed May 28, 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor John G. Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Napoleon
 Richardson appeals his guilty plea and sentence for assault with intent to
 kill, arguing the plea court erred in failing to advise the maximum sentence
 for the charge.  After a
 thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be
 relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.